

FILED

JUL 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1   BENJAMIN B. WAGNER
    United States Attorney
2   MATTHEW D. SEGAL
    TODD A. PICKLES
3   Assistant U.S. Attorneys
    501 I Street, Suite 10-100
4   Sacramento, California 95814
    Telephone: 916-554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. 2:11-CR-00274 JAM
                                     )
12                  Plaintiff,       )   Request For Unsealing of
                                     )   Indictment and [~~Proposed~~] Order
13  v.                               )
                                     )
14  CEM KIYAK,                       )
                                     )
15                  Defendant.       )
                                     )
16  _____ )

17

18      TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE

19  JUDGE:

20      COMES NOW Todd A. Pickles, Assistant United States Attorney for

21  the Eastern District of California, to petition this Court and

22  respectfully represent:

23      1.  On June 30, 2011, the Honorable Edmund F. Brennan issued an

24  order sealing the Indictment in the above-referenced case until the

25  arrest of the defendant or further order of the Court.

26      2.  As of today, July 29, 2011, agents of the United States have

27  arrested the defendant.  It is now necessary to unseal the indictment

28

                                    1

so that the defendant may be fully apprised of the charges against him.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: July 29, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                            By:  _____
                                        TODD A. PICKLES
                                        Assistant U.S. Attorney



The Court hereby orders that the Indictment in Case No. 2:11-CR-00274 JAM, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED:  _____

                                        GREGORY G. HOLLOWS
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

2