FILED
July 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                  Plaintiff,              )<br>v.                                                      )<br>                                                          )<br>CEM KIYAK,                                    )<br>                                                          )<br>                  Defendant.          ) | Case No. 2:11CR00274-JAM-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CEM KIYAK , Case No.  2:11CR00274-JAM-1 , Charge  18USC § 2320(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

          __   Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond with Surety

          __   Corporate Surety Bail Bond

    ✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 29, 2011  at  2:00 pm .

                       By   /s/ Gregory G. Hollows
                            Gregory G. Hollows
                            United States Magistrate Judge

Copy 5 - Court