DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEM KIYAK,<br><br>　　　　Defendant. | No. 2:11-CR-0274 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: August 30, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for August 30, 2011, may be continued to November 15, 2011, at 9:30 a.m.

   This is a newly-arraigned case alleging trafficking of counterfeit goods. In order to review possible defenses and to determine Mr. Kiyak's sentencing exposure in the event of a conviction, the defense must inspect the goods that are claimed to be counterfeit and conduct additional research and investigation.

1

Assigned defense counsel will be away from the office on family medical leave for five weeks beginning in mid-September.  Mr. Kiyak has been advised of the delay but wishes to remain with his appointed attorney.

    To afford time to complete these tasks and to assure continuity of counsel, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.  The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 29, 2011     */s/ T. Zindel for T. Pickles*
TODD PICKLES
Assistant U.S. Attorney

DANIEL J. BRODERICK
Federal Defender

Dated: August 29, 2011     */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Kiyak

/////
/////
/////
/////
/////
/////
/////

2

**O R D E R**

The status conference is continued to November 15, 2011, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: August 29, 2011          /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge