```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2766
    Facsimile: (916) 554-2900
 5
    For the UNITED STATES OF AMERICA
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) CR. No. 2:11-CR-00274 JAM
                                   )
12             Plaintiff,          )
                                   ) STIPULATION AND ORDER TO CONTINUE
13       v.                        ) STATUS HEARING AND TO EXCLUDE TIME
                                   ) UNDER THE SPEEDY TRIAL ACT
14                                 )
                                   ) [18 U.S.C. § 3161(h)]
15  CEM KIYAK,                     )
                                   )
16             Defendant.          )
                                   )
17                                 )
                                   )
18  _____)
```

19      This case is currently scheduled for a status hearing on
20 November 15, 2011.  Counsel for the United States has communicated
21 with counsel for Defendant, and has been informed that Defendant
22 needs additional time to prepare his case, including conducting an
23 investigation.  This includes review of the discovery produced by
24 the United States as well as the inspection of the items seized
25 during the execution of a search warrant.
26      Based on these facts, the parties stipulate and agree that the
27 trial delay and exclusion of time requested herein is necessary to
28 provide defense counsel reasonable time to prepare his client's

defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties, through their respective counsel, hereby stipulate and request that the status hearing scheduled in this case for November 15, 2011 at 9:00 a.m, should be continued to January 24, 2012, at 9:30 a.m.  In addition, the parties stipulate that the time period from November 15, 2011, to January 24, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.  A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: November 9, 2011   BENJAMIN B. WAGNER
                          United States Attorney

                          By: */s/ Todd A. Pickles*
                          TODD A. PICKLES
                          Assistant U.S. Attorney

                          For the United States of America


DATED: November 9, 2011   DANIEL BRODERICK
                          Federal Public Defender

                          By: */s/ Todd A. Pickles for*
                          TIMOTHY ZINDEL
                          Assistant Federal Defender

                          For Defendant CEM KIYAK

2

1               IN THE UNITED STATES DISTRICT COURT
2             FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4  UNITED STATES OF AMERICA,      ) CR. No. 2:11-CR-00274 JAM
                                  )
5             Plaintiff,          )
                                  ) ORDER TO CONTINUE STATUS HEARING
6     v.                          ) AND TO EXCLUDE TIME UNDER THE
                                  ) SPEEDY TRIAL ACT
7                                 )
                                  ) **[18 U.S.C. § 3161(h)]**
8  CEM KIYAK,                     )
                                  )
9             Defendant.          )
                                  )
10                                )
                                  )
11 _____  )

12      Based on the reasons set forth in the stipulation of the
13 parties filed on November 9, 2011, and good cause appearing
14 therefrom, the Court adopts the stipulation of the parties in its
15 entirety.
16      IT IS HEREBY ORDERED that the status hearing currently
17 scheduled for November 15, 2011, is VACATED and that the case is SET
18 for a status hearing on **January 24, 2012,** at **9:30 a.m.**
19      The Court further finds that the ends of justice that will be
20 served by granting a continuance outweigh the best interests of the
21 public and the defendant in a speedy trial.  Accordingly, IT IS
22 HEREBY ORDERED that, for the reasons stated in the parties' November
23 9, 2011 stipulation, the time within which the trial of this matter
24 must be commenced under the Speedy Trial Act is EXCLUDED during the
25 time period from November 15, 2011, through January 24, 2012,
26 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code
27 T4, due to the need to provide defense counsel with the reasonable
28 time to prepare taking into account due diligence.

3

IT IS SO ORDERED.

DATED: 11/9/2011

/s/ John A. Mendez
Honorable John A. Mendez
United States District Judge
Eastern District of California