```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CEM KIYAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEM KIYAK,<br><br>　　　　Defendant. | No. 2:11-CR-0274 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: March 6, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for March 6, 2012, may be continued to May 8, 2012, at 9:30 a.m.

　　　The defense has inspected the seized goods that are claimed to be counterfeit but there is extensive research and investigation yet to be done. At present, the defense must scan and review voluminous receipts and records seized by Customs so that counsel can review them with Mr. Kiyak. These materials bear (at least) on

1

the scope of liability, if liability is established; they also affect calculation of the guidelines and, accordingly, resolution of the case between the parties.  Because it will take several weeks to scan and then review the materials, the parties ask to set the status off to May 8.  To afford time to complete these tasks, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.  The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  March 1, 2012        */s/ T. Zindel for T. Pickles*
                                        TODD PICKLES
                                        Assistant U.S. Attorney

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  March 1, 2012        */s/ T. Zindel*
                                          TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Mr. Kiyak

*/////*

*/////*

*/////*

*/////*

*/////*

*/////*

*/////*

**O R D E R**

The status conference is continued to May 8, 2012, at 1:30 p.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated:  March 1, 2012                    /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          United States District Judge