DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0274 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| CEM KIYAK, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the conditions of pretrial release ordered on July 11, 2011, may be modified to eliminate special condition 11. Condition 11 provides, "You shall contact immigration officials to resolve your immigration issues and make all appearance in immigration court." The court added the condition *sua sponte*.

Pretrial Services notes that Mr. Kiyak already has conditions in place requiring him to obey all laws and to attend all hearings

1

as ordered.  The parties have recognized that any immigration issues Mr. Kiyak may face should be addressed after the criminal proceedings are concluded, not while the case is pending, although the government retain discretion to initiate any proceedings.  The same investigating agency - Department of Homeland Security - will handle both the criminal case and any immigration matter that may arise in the future.

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  April 30, 2012        */s/ T. Zindel for T. Pickles*
                                  TODD PICKLES
                                  Assistant U.S. Attorney

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated:  April 30, 2012        */s/ T. Zindel*
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for Mr. Kiyak


## **O R D E R**

    Condition number 11 of the pretrial release conditions is hereby stricken.

    IT IS SO ORDERED.


Dated: April 30, 2012

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE