DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0274 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CEM KIYAK, | |
| Defendant. | Date: September 11, 2012<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for September 11, 2012, may be continued to November 6, 2012, at 9:45 a.m.

The defense met with Customs to review receipts in August but seeks time to review additional seized paperwork later this month. The review also led to the promise of additional discovery, which is expected to be released in coming weeks. The defense will then need additional time for follow-up investigation. The parties

1

1  agree that this review is necessary to resolve the case and that
2  the interests of justice to be served by a continuance therefore
3  outweigh the best interests of the parties in a speedy trial, so
4  that time under the Speedy Trial Act should be excluded from the
5  date of this order through the status conference on November 6,
6  2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  September 7, 2012    */s/ T. Zindel for T. Pickles*
TODD PICKLES
Assistant U.S. Attorney

DANIEL J. BRODERICK
Federal Defender

Dated:  September 7, 2012    */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Kiyak

**O R D E R**

The status conference is continued to November 6, 2012, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated:  September 7, 2012    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

2