DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CEM KIYAK,<br><br>       Defendant. | No. 2:11-CR-0274 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: November 6, 2012<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for November 6, 2012, may be continued to January 15, 2013, at 9:45 a.m.

The defense is scheduled to meet again with Customs to review additional seized paperwork and will review audio and video recordings recently provided in discovery. Meanwhile, defense counsel will be on medical leave for a month beginning mid-November. Upon his return, and completion of the defense

1

1  investigation, the parties will meet to explore possible resolution
2  of the case without trial.  The parties agree that additional time
3  is needed to review and resolve the case and that the interests of
4  justice to be served by a continuance therefore outweigh the best
5  interests of the parties in a speedy trial, so that time under the
6  Speedy Trial Act should be excluded from the date of this order
7  through the status conference on January 15, 2013, pursuant to 18
8  U.S.C. § 3161(h)(7)(A) and (B)(iv).

9                                      Respectfully submitted,

10                                     BENJAMIN B. WAGNER
                                       United States Attorney
11

12 Dated:   November 2, 2012            /s/ T. Zindel for T. Pickles
                                       TODD PICKLES
13                                     Assistant U.S. Attorney

14                                     DANIEL J. BRODERICK
                                       Federal Defender
15

16 Dated:   November 2, 2012            /s/ T. Zindel
                                       TIMOTHY ZINDEL
17                                     Assistant Federal Defender
                                       Attorney for CEM KIYAK
18

19                             **O R D E R**

20     The status conference is continued to January 15, 2013, at
21 9:45 a.m.  Time under the Speedy Trial Act is excluded through that
22 date for the reasons stated above and by agreement of the parties,
23 the Court finding that the ends of justice to be served by a
24 continuance outweigh the best interests of the defendant and the
25 public in a speedy trial for the reasons stated above.
26     IT IS SO ORDERED.
27 Dated:   November 2, 2012            /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
28                                     United States District Court Judge

2