JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CEM KIYAK


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0274 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CEM KIYAK, | ) |
| Defendant. | ) Date: January 15, 2013<br>) Time: 9:45 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for January 15, 2013, may be continued to February 19, 2013, at 9:45 a.m.

The defense has asked to meet again with Customs during the week of January 21st to review seized paperwork (an earlier visit was limited to receipts). Additional time will be needed to determine whether and how that review bears on potential scheduling and resolution of the case. The parties agree that additional time

1

is needed to review and resolve the case and that the interests of justice to be served by a continuance therefore outweigh the best interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on February 19, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  January 11, 2013      */s/ T. Zindel for T. Pickles*
TODD PICKLES
Assistant U.S. Attorney

JOSEPH SCHLESINGER
Acting Federal Defender

Dated:  January 11, 2013      */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CEM KIYAK

## O R D E R

The status conference is continued to February 19, 2013, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated:  January 11, 2013
/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge