JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CEM KIYAK


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0274 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
|  | ) **CONTINUE STATUS CONFERENCE** |
| CEM KIYAK, | ) **AND EXCLUDE TIME** |
| Defendant. | ) Date: February 19, 2013 |
|  | ) Time: 9:45 a.m. |
|  | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for February 19, 2013, may be continued to March 26, 2013, at 9:45 a.m.

The defense met with Customs two weeks ago to review additional seized paperwork; that review raised additional questions, which the parties are reviewing. Additional time is needed to answer these questions before the case may be resolved or further scheduled. The parties agree that additional time is needed to review and resolve the case and that the interests of justice to be served by a continuance therefore outweigh the best

1

interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 14, 2013   /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 14, 2013   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CEM KIYAK

**O R D E R**

The status conference is continued to March 26, 2013, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: February 14, 2013   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge