JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CEM KIYAK,<br><br>　　　　Defendant. | No. 2:11-CR-0274 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:　March 26, 2013<br>Time:　9:45 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for March 26, 2013, may be continued to May 14, 2013, at 9:45 a.m.

　　　The defense continues its review of the evidence. Counsel has also retained an immigration expert for research and advice about the possible immigration consequences of various resolutions - a matter of considerable importance to the defense because the Kiyaks have a child with special needs. The expert is expected to continue her work through April. The parties agree that additional time is needed before the case may be resolved or further

1

scheduled. They also agree that the interests of justice to be served by a continuance therefore outweigh the best interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on May 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 21, 2013        */s/ T. Zindel for T. Pickles*
                                      TODD PICKLES
                                      Assistant U.S. Attorney

                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender

Dated: March 21, 2013        */s/ T. Zindel*
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for CEM KIYAK

**O R D E R**

The status conference is continued to May 14, 2013, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: March 22, 2013        /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge