```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CEM KIYAK
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,       )  No. 2:11-CR-0274 JAM
                                    )
12          Plaintiff,              )
                                    )  STIPULATION AND ORDER TO
13      v.                          )  CONTINUE STATUS CONFERENCE
                                    )  AND EXCLUDE TIME
14  CEM KIYAK,                      )
                                    )
15          Defendant.              )  Date: May 14, 2013
                                    )  Time: 9:45 a.m.
16  _____)  Judge: Hon. John A. Mendez

17

18       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
19  States of America, and defendant, Cem Kiyak, that the status
20  conference scheduled for May 14, 2013, may be continued to July 9,
21  2013, at 9:45 a.m.
22       The defense has concluded its consultation with an immigration
23  expert but has yet to review the results with Mr. Kiyak.  The
24  government has forwarded a proposed resolution but a number of
25  issues bearing on resolution remain to be resolved.  Defense
26  counsel is also scheduled for jury duty and another sequestration-
27  related furlough during the week of May 13 and a jury trial on June
28  24.  The parties expect to meet to resolve remaining questions
```

1 during June and ask the Court to afford them additional time. They
2 agree that the interests of justice to be served by a continuance
3 outweigh the best interests of the parties in a speedy trial, so
4 that time under the Speedy Trial Act should be excluded from the
5 date of this order through the status conference on July 9, 2013,
6 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

10 Dated: May 10, 2013        */s/ T. Zindel for T. Pickles*
                                  TODD PICKLES
11                                Assistant U.S. Attorney

12                                HEATHER E. WILLIAMS
                                  Federal Defender

14 Dated: May 10, 2013        */s/ T. Zindel*
                                  TIMOTHY ZINDEL
15                                Assistant Federal Defender
                                  Attorney for CEM KIYAK

17                             **O R D E R**

18 The status conference is continued to July 9, 2013, at 9:45
19 a.m. Time under the Speedy Trial Act is excluded through that date
20 for the reasons stated above and by agreement of the parties, the
21 Court finding that the ends of justice to be served by a
22 continuance outweigh the best interests of the defendant and the
23 public in a speedy trial for the reasons stated above.
24     IT IS SO ORDERED.
25 Dated: May 13, 2013        /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
26                                United States District Court Judge