HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0274 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CEM KIYAK, | |
| Defendant. | Date: July 9, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for July 9, 2013, may be continued to August 6, 2013, at 9:45 a.m.

The defense has reviewed the results of its investigation with Mr. Kiyak and now seeks time to put its information together for consideration by counsel for the government. Several issues bearing on resolution remain to be resolved. Defense counsel hopes to assemble his proposal during the month of July. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial, so

that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on August 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                 Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  July 3, 2013             /s/ T. Zindel for T. Pickles
                                 TODD PICKLES
                                 Assistant U.S. Attorney

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Dated:  July 3, 2013             /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for CEM KIYAK
```

**O R D E R**

The status conference is continued to August 6, 2013, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

```
Dated:  July 3, 2013             /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge
```

2