# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

Before the Honorable John A. Mendez

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL MINUTES |
| | Case No.: 11cr274 |
| v. | Date of Hearing: July 1, 2014 |
| | Deputy Clerk: Harry Vine |
| **CEM KIYAK** | Court Reporter: Kathy Swinhart |

| **For the Government**: | **For the Defendant**: |
|---|---|
| T. PICKLES, | T. ZINDEL, |
| Assistant United States Attorney | [x] Assistant Federal Defender |

**Defendant**:
[x] Present

**JUDGMENT AND SENTENCING to Count 1 of the SUPERSEDING INFORMATION - Plea entered April 1, 2014.**

probation:    36 MONTHS

deft fined:   $1,000.00   .

special assessment:   $100

right to appeal given:  Yes            [x] appeal rights waived.

**Other:    UNDERLYING INDICTMENT DISMISSED AS TO THIS DEFENDANT.**

Proceeding Time: 20 MIN.